# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNA LUCIA ORDONEZ, | 1:05cv01025 OWW DLB |
| Plaintiff, | ORDER DISQUALIFYING MAGISTRATE JUDGE AND REASSINGING CASE |
| v. | |
| CITY OF WOODLAKE, et al., | Old Case Number: 01:cv01025 OWW DLB |
| | New Case Number: 01:cv01025 OWW SMS |
| Defendants. | |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.  The new case number shall be **1:05cv01025 OWW SMS.**  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   September 29, 2005              /s/ Dennis L. Beck
3b142a                                   UNITED STATES MAGISTRATE JUDGE

1