UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNA LUCIA ORDONEZ, | ) 1:05-CV-01025-AWI-SMS |
| | ) NEW CASE NUMBER |
| Plaintiff, | ) |
| v. | ) 1:05-CV-01025-OWW-SMS |
| | ) PRIOR CASE NUMBER |
| CITY OF WOODLAKE, et al., | ) |
| | ) ORDER RELATING CASES AND |
| Defendants. | ) REASSIGNING NEW DISTRICT JUDGE |
| | ) |

   Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

   Examination of the papers filed in the above-entitled action reveals that it is related within the meaning of Local Rule 83-123 to <u>Sandra Valdez v. City of Woodlake, et al.</u>, 1:05-CV-00326-AWI-SMS. This case and the earlier-filed case are based on similar claims and involve similar questions of fact or law, and assignment of the cases to the same judges will therefore be likely to effect a substantial savings of judicial effort.

   Accordingly, it IS ORDERED that

   1) This action is therefore reassigned to District Judge

1

1 Anthony W. Ishii;[1] and

2  2) Henceforth, all documents filed in this case shall be

3 filed under case number 1:05-CV-01025-AWI-SMS.

4 IT IS SO ORDERED.

5 **Dated:    February 8, 2006            /s/ Sandra M. Snyder**
icido3                              UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are informed that an order relating cases under Local Rule 83-123 merely causes the cases to be assigned to the same district judge and magistrate judge; no consolidation is effected. Cf. Fed. R. Civ. P. 42(a).

2